HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CASEY DEAN JONES, | No. 13-cv-5563-RBL |
| Plaintiff, | Order Denying Motion to Appoint Counsel |
| v. | |
| CAROLYN W. COLVILLE, Acting Direct, Social Security Administration, | |
| Defendant. | [Dkt. #2] |

Pursuant to 28 U.S.C. § 1915(e)(1), a court may request an attorney to represent any person unable to afford counsel.  Under § 1915, the Court may appoint counsel in exceptional circumstances.  *Franklin v. Murphy*, 745 F.2d 1221, 1236 (9th Cir. 1984).  To find exceptional circumstances, the court must evaluate the likelihood of success on the merits and the ability of the petitioner to articulate the claims pro se in light of the complexity of the legal issues involved.  *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Plaintiff is unlikely to succeed on the merit.  The Complaint fails to provide nearly any factual basis for his claim or put the Court or the Defendant on notice of the nature of the claim.

Order - 1

Further, Plaintiff has failed to specify any efforts made at locating an attorney. Thus, the Court **DENIES** the application to appoint counsel [Dkt. #2].

Dated this 22nd day of July 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE